ECF

ORIGINAL

FILED
SEP 16 2003
U.S. COURT OF FEDERAL CLAIMS

David Wade (OSB No. 93121)
dwade@dgnmw.com
Doyle, Gartland, Nelson, McCleery & Wade, P.C.
44 Club Road, Suite 200
P.O. Box 11230
Eugene, OR 97440-3430
Telephone: (541) 344-2174
Facsimile: (541) 344-0209

Of Attorneys for Plaintiff

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**FISHER LAND COMPANY, dba OAKRIDGE SAND & GRAVEL, INC.,**

Plaintiff,

v.

**UNITED STATES OF AMERICA,**

Defendant.

Case No. 03-2185C

COMPLAINT (Breach of Contract)

Fisher Land Company, dba Oakridge Sand & Gravel, Inc., for its Complaint against Defendant, alleges:

1. This Complaint is filed under and this Court has jurisdiction pursuant to 28 U.S.C. §1491(a)(1) and 41 U.S.C. §609(a)(1).

2. Plaintiff Fisher Land Company, dba Oakridge Sand & Gravel, Inc. (hereinafter "Oakridge") is a corporation duly organized under the laws of the State of Oregon.

3. On or about June 6, 2002, Oakridge entered into the Emergency Equipment Rental Agreement with the Willamette National Forest of the United States Department of Agriculture Forest Service ("USDA"), a true copy of which is attached as Exhibit A hereto (the "EERA").

4. In the EERA, the USDA contracting officer filled in the following rates:

| | | |
|---|---|---|
| Dump truck | 793.00 | Day/ss (single shift) |
| Hyster tilt trailer 18728 | 696.00 | Day/ss |

5. Pursuant to the EERA, the USDA issued a resource order for a dump truck with Hyster tilt trailer. Commencing July 16, 2002, and continuing through and including August 27, 2002, Oakridge supplied the dump truck with Hyster tilt trailer to the USDA and performed all other conditions required of it by the EERA.

6. Pursuant to the EERA, the USDA owed Oakridge the sum of $64,027.

7. The USDA paid only $29,611.95 and provided for a deduction of $316.05, leaving a balance due of $34,099.

8. The USDA has failed and refused to pay the remaining balance of $34,099, which is due and owing to Oakridge.

9. Oakridge is entitled to interest on the unpaid balance from October 17, 2002 until paid pursuant to 48 C.F.R. 52.232-17.

10. Oakridge made a claim in compliance with 42 U.S.C. §52.233-1. The claim was denied by final decision of the contracting officer dated October 2, 2002. This *de novo* action is filed less than one year after that decision.

WHEREFORE, Oakridge prays that judgment be entered against Defendant United States of America in the amount of $34,099, plus interest from October 17, 2002 until paid.

DATED this 13th day of September, 2003.

DAVID WADE (OSB No. 93121)
Doyle, Gartland, Nelson, McCleery
& Wade, P.C.
44 Club Road, Suite 200
P.O. Box 11230
Eugene, OR 97440-3430
(541) 344-2174

Counsel for Plaintiff

225-6335

# EMERGENCY EQUIPMENT RENTAL AGREEMENT

**1. ORDERING OFFICE** *(name and address)*

WILLAMETTE NATIONAL FOREST
P. O. Box 10607
Eugene, OR 97440

***AGREEMENT NUMBER MUST APPEAR ON ALL PAPERS RELATING TO THIS AGREEMENT***

**2. AGREEMENT NUMBER** 56-04R4-2-F020

**3. EFFECTIVE DATES**
a. Beginning: May 17, 2002
b. Ending: 12/31/02

**4. CONTRACTOR** a. Name and Address
OAKRIDGE SAND & GRAVEL, INC.
P.O. BOX 731
OAKRIDGE, OR 97463

b. EIN/SSN: 93-0671808

c. Telephone Number *(day)* (541) 782-2201

d. Telephone Number *(night)* (541) 782-2620

**5. POINT OF HIRE** *(location when hired)*
Location at time of hire

**6. THE WORK RATE IS BASED ON ALL OPERATING SUPPLIES BEING FURNISHED BY**
[XX] CONTRACTOR [ ] GOVERNMENT

**7. OPERATOR FURNISHED BY**
[XX] CONTRACTOR [ ] GOVERNMENT

**8. TYPE OF CONTRACTOR** *("X" appropriate boxes)*
[X] SMALL BUSINESS [ ] LARGE BUSINESS [ ] SMALL DISADVANTAGED OWNED [ ] WOMEN OWNED [ ] LABOR SURPLUS AREA [ ] GOVERNMENT EMPLOYEE

| 9. ITEM DESCRIPTION (include make, model, year, serial number and accessories) | 10. NUMBER OF OPERATORS | 11. WORK OR DAILY a. rate | 11. b. unit | 12. SPECIAL a. rate | 12. b. unit | 13. GUARANTEE (8 or more hours) |
|---|---|---|---|---|---|---|
| a. DOZER - D6 CAT W/WINCH 1973 140 HP. SN. 10K8448 | 1 | $1,482.00 | DAY/SS | | | |
| | 2 | $2,736.00 | DAY/DS | | | |
| DOZER - D8K Cat w/winch sn. 77V7455 | 1 | $2,301.00 | DAY/SS | | | |
| | 2 | $4,249.00 | DAY/DS | | | |
| b. DOZER - D5 CAT 1995 SN. 9DL00890 | 1 | $1,209.00 | DAY/SS | | | |
| | 2 | $2,232.00 | DAY/DS | | | |
| DOZER - D8K CAT W/RIPPER 300HP SN. 77V6567 | 1 | $2,301.00 | DAY/SS | | | |
| | 2 | 4,249.00 | DAY/DS | | | |
| c. GRADER - 1983 CAT 140G SN. 72V05983 | 1 | $1,235.00 | DAY/SS | | | |
| | 2 | $2,280.00 | DAY/DS | | | |
| 1991 - 140G Cat SN 72V14499 | 1 | 1235.00 | Len Day SS | | | |
| | 2 | 2280.00 | Len Day DS | | | |
| d. LOWBOY - 60 TON SIEBERT, 1979 SN. 516791149 KW TRACTOR W9008) | 1 | $1,037.00 | DAY/SS | Len | | |
| | 2 | $1,848.00 | DAY/DS | | | |
| dump truck | 1 | 793.00 | Day/SS | | | |
| | 2 | 1,464.00 | Day/DS | | | |
| Hyster tilt trailer 18728 → | | 696.00 | Day/SS | # 1,248.00 | Day/DS | |
| e. WATER TENDER - 4,000 GAL. W/FRONT, REAR AND SIDE SPRAY - FOR DUST ABATEMENT. | 1 | $949.00 | DAY/SS | | | |
| | 2 | $1,752.00 | DAY/DS | | | |
| f. DOZER - ~~D8K~~ CAT ~~W/WINCH~~ SN. ~~77V7455~~ - D8N w/ Ripper 9TC03343 | 1 | ~~$2,301.00~~ 2,717 | DAY/SS Len | | | |
| | 2 | ~~4,249.00~~ # 5,016 | DAY/DS Len | | | |
| g. 6" Diesel Water pump 2000 gal. per min. | 1 | Neg. | | | | |
| | 2 | | | | | |

**14. SPECIAL PROVISIONS** The attached provisions are part of this agreement.
**2002 UPDATE FOR EMERGENCY RENTAL AGREEMENT (EERA) OF-294**
**Pacific Northwest Interagency Supplemental General Provisions to EMERGENCY RENTAL AGREEMENT (4/12/02)**
--Wage Determination 1995-0221 Rev. # 5 (dated 07/27/2000) is a part of this agreement.
--Suggested Training - Firefighter Training (S130) & Intro. To Fire Behavior (S-190)
--Mandatory Fire Shelter Training for Dozer Operators- YES X NO ____ YEAR 2002

**15. CONTRACTOR'S OR AUTHORIZED AGENT'S SIGNATURE** [signature]

**16. DATE** 6/6/2

**17. CONTRACTING OFFICER'S SIGNATURE** Len Nothwang

**18. DATE** 7/2/02

**19. PRINT NAME AND TITLE** Lisa Powell Office Manager

**20. PRINT NAME AND TITLE** LEN NOTHWANG CONTRACT SPECIALIST

NSN 7540-01-121-8823 OPTIONAL FORM 294 (REV. 5-90)

Exhibit A
Page 1 of 18

# GENERAL CLAUSES TO EMERGENCY EQUIPMENT RENTAL AGREEMENT FORM OF-294

Since the equipment needs of the Government and availability of Contractor's equipment during an emergency cannot be determined in advance, it is mutually agreed that, upon request of the Government, the Contractor shall furnish the equipment listed hereon to the extent the Contractor is willing and able at the time of order. At time of dispatch a resource order number will be assigned. Contractor must furnish this number upon arrival and check in at the incident. When such equipment is furnished to the Government the following clauses shall apply:

CLAUSE 1. Condition of Equipment - All equipment furnished under this agreement must be in acceptable condition. The Government reserves the right to reject equipment which is not in safe and operative condition.

CLAUSE 2. Time under Hire - The time under hire shall start at the time agreed upon when equipment is ordered by the Government and end by notification to the Contractor by the Government that equipment is released except as provided in Clause 8.

CLAUSE 3. Transportation of Equipment - Equipment will be transported at Government expense from point of hire to the site of work and return, whether under its own power or by transport, except as provided in Clause 8.

CLAUSE 4. Operating Supplies - As identified in Block 8, operating supplies include fuel, oil, filters, lube/oil changes. Even though Block 8 may specify that all operating supplies are to be furnished by the Contractor *(wet)*, the Government may, at its option, elect to furnish such supplies when necessary to keep the equipment operating. The cost of such supplies will be deducted from payment to the Contractor.

CLAUSE 5. Repairs - Repairs to equipment shall be made and paid for by the Contractor. The Government may, at its option, elect to make such repairs when necessary to keep the equipment operating. The cost of such repairs will be deducted from payment to the contractor.

CLAUSE 6. Timekeeping - Time will be recorded by the Government Agent responsible for ordering and/or directing use of each piece of equipment. Time will be recorded as follows:

a. Hourly Rate - nearest quarter hour.
b. Daily Rate - by calendar day except for first and last day, this will be recorded to nearest hour.
c. Mileage Rate - nearest mile.

CLAUSE 7. Payments

a. Rates of Payments - Rates for equipment hired with operator(s) include all operator(s) expenses. Payment for equipment and operator(s) furnished will be at rates specified and, except as provided in Clause 8, shall be in accordance with the following:
   (1) Work Rates *(column 11)* shall apply when equipment is under hire as ordered by the Government and on shift, including relocation of equipment under its own power.
   (2) Special Rates *(column 12)* shall apply when specified.
   (3) Guarantee. For each calendar day that equipment is under hire for at least 8 hours, the Government will pay not less than the amount shown in column 13. If equipment is under hire for less than 8 hours during a calendar day, the amount earned for that day will be not less than one-half the amount specified in column 13. The guarantee is not applicable to equipment hired under the Daily rate. Equipment under transport is time under hire and compensated through the Guarantee. If equipment is transported under its own power, it is compensated under the Work rate.
   (4) Daily Rate *(column 11)* - Payment will be made on basis of calendar days. For fractional days at the beginning and ending of time under hire, payment will be based on 50 percent of the Daily Rate for periods less than 8 hours.
b. Method of Payment. Lump-sum payment will normally be processed at the end of the emergency. Payment for each calendar day will be made for (1) actual units ordered and performed under Work or Daily and/or Special rates or (2) the guarantee earned, whichever is the greatest amount.

CLAUSE 8. Exceptions

a. No further payment under Clause 7 will accrue during any period that equipment under hire is not in a safe or operable condition or when Contractor furnished operator(s) is not available.
b. If the Contractor withdraws equipment and/or operator(s) prior to being released by the Government, no further payment under Clause 7 shall accrue and the Contractor shall bear all costs of returning equipment and/or operator(s) to the point of hire.
c. After inspection and acceptance for use, equipment and/or furnished operator(s) that cannot be replaced or equipment that cannot be repaired at the site of work by the Contractor or by the Government in accordance with Clause 5, within 24 hours, may be considered as being withdrawn by the Contractor in accordance with Paragraph B above, except that the Government will bear all costs of returning equipment and/or operator(s) to the point of hire as promptly as emergency conditions will allow.

CLAUSE 9. Meals and Bedding - When Government subsistence incident camps are available, meals and bedding for Contractor's operator(s) will be furnished without charge.

CLAUSE 10. Loss, Damage, or Destruction - The Government will assume risk for loss, damage, or destruction of equipment rented under this contract, provided that no reimbursement will be made for loss, damage, or destruction when (a) due to ordinary wear and tear, or (b) negligence of Contractor or Contractor's agents caused by or contributed to loss, damage, or destruction, or (c) damages caused by equipment defects unless such defects are caused by negligence of the Government or its employees.

CLAUSE 11. Contractor's Responsibility for Property and Personal Damages - Except as provided in Clause 10, the Contractor will be responsible for all damages to property and to persons, including third parties, that occur as a result of Contractor or Contractor's agents or employee fault or negligence. The term "third parties" is construed to include employees of the Government.

CLAUSE 12. Deductions - Unless specifically stated elsewhere in this agreement the cost of ny supplies, materials, or services, including commissary, provided for the Contractor by the vernment will be deducted from the payment to the Contractor.

CLAUSE 13. Personal Protective Equipment - The Government considers operators as fireline personnel who will use and wear specified articles of personal protective equipment. The following mandatory items will be issued by the Government, when not furnished by the Contractor, to operators performing within the scope of this agreement:

a. Clothing: (1) Flame resistant pants and shirts; (2) Gloves *(Either Nomex or chrome tanned leather, when not furnished by contractor)*; (3) Hard hat; (4) Goggles or safety glasses.
b. Equipment: (1) Fire shelter; (2) Headlamp; (3) Individual First-Aid Kit; (4) Other items, in addition to these three, may be issued by the Government.

Operators shall wear the items of clothing issued and maintain the issued equipment in a usable and readily available condition. Upon completion of the contract assignment, all issued items of clothing or equipment shall be returned to the Government. Deductions will be made for all Government furnished protective equipment not returned by the Contractor.

CLAUSE 14. Service Contract Act - The following clause applies only when equipment is rented with operator. Except to the extent that an exemption or variation or tolerance would apply pursuant to 29 CFR 4-6 if this contract is in excess of $2,500, the Contractor and any subcontractor hereunder shall pay all of his employees engaged in performing work on the contract not less than the minimum wage specified under Section 6(a)(1) of the Fair Labor Standards Act of 1938 expressed in 29 CFR Part 4. FAR 52.222-41 Service Contract Act of 1965, as amended *(May 1989)* is hereby incorporated by reference in this contract. SEE APPLICABLE WAGE DETERMINATION ATTACHED.

CLAUSE 15. Definitions - The following definitions for Block 8 of the OF-294 are added:

a. SMALL BUSINESS is one that is independently owned and operated and is not dominate in the field for which it is being signed up, subject to the following size standards: (1) Motorcar and Truck Rental Without Operator - average annual receipts for its preceding 3 fiscal years do not exceed 12.5 million, (2) Equipment Rental With Operator - average annual receipts for its preceding 3 fiscal years do not exceed 3.5 million.
b. SMALL DISADVANTAGED OWNED BUSINESS is a small business concern that is at least 51 percent unconditionally owned by one or more individuals who are both socially and economically disadvantaged, or a publicly owned business that has at least 51 percent of its stock unconditionally owned by one or more socially and economically disadvantaged individuals and that has its management and daily business controlled by one or more such individuals.
c. WOMEN-OWNED SMALL BUSINESS is one that is at least 51 percent owned, controlled, and operated by a woman or women.

CLAUSES INCORPORATED BY REFERENCE *(FAR 52.252-2) (JUN 1988)*

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

Federal Acquisition Regulation *(48 CFR Chapter 1)* Clauses

52.202-1 DEFINITIONS *(APR 1984)*
52.303-1 OFFICIALS NOT TO BENEFIT *(APR 1984)*
52.203-3 GRATUITIES *(APR 1984)*
52.203-5 COVENANT AGAINST CONTINGENT FEES *(APR 1984)*
52.222-3 CONVICT LABOR *(APR 1984)*
52.222.-26 EQUAL OPPORTUNITY *(APR 1984)*
52.223-5 CERTIFICATION REGARDING A DRUG-FREE WORKPLACE *(MAR 89)*
52.232-1 PAYMENTS *(APR 1984)*
52.232-8 DISCOUNTS FOR PROMPT PAYMENT *(APR 1989)*
52.232-11 EXTRAS *(APR 1984)*
52.232-17 INTEREST *(APR 1984)*
52.232-18 AVAILABILITY OF FUNDS *(APR 1984)*
52.232-25 PROMPT PAYMENT *(APR 1989)*
52.233-1 DISPUTES, ALTERNATE I *(APR 1984)*
52.236-7 PERMITS AND RESPONSIBILITIES *(APR 1984)*
52.252-6 AUTHORIZED DEVIATION IN CLAUSES *(APR 1984)*

THE FOLLOWING CLAUSES APPLY WHEN ACQUISITION EXCEEDS $2,500

52.222-4 CONTRACT WORK HOURS SAFETY STANDARDS ACT - OVERTIME COMPENSATION *(MAR 1986)*
52.222-36 AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS *(APR 1984)*

THE FOLLOWING CLAUSES APPLY WHEN ACQUISITION EXCEEDS $10,000

52.219-8 UTILIZATION OF SMALL BUSINESS CONCERNS & SMALL DISADVANTAGED BUSINESS CONCERNS *(JUN 1985)*
52.222-21 CERTIFICATION OF NONSEGREGATED FACILITIES *(APR 1984)*
52.222-35 AFFIRMATIVE ACTION FOR SPECIAL DISABLED & VIETNAM VETERANS *(APR 1984)*

THE FOLLOWING CLAUSES APPLY WHEN ACQUISITION EXCEEDS $25,000

52.215-1 EXAMINATION OF RECORDS BY COMPTROLLER GENERAL *(APR 1984)*
52.219-13 UTILIZATION OF WOMAN-OWNED SMALL BUSINESS *(AUG 1986)*
52.220-3 UTILIZATION OF LABOR SURPLUS AREA CONCERNS *(APR 1984)*

ADDITIONAL TERMS AND CONDITIONS APPLICABLE IF EQUIPMENT UNDER AGREEMENT CONFORMS WITH THE DEFINITIONS PROVIDED BELOW:

"Leasing," as used in this subpart, means the acquisition of motor vehicles, other than by purchase from private or commercial sources, and includes the synonyms "hire" and "rent."
"Motor vehicle" means an item of equipment, mounted on wheels and designed for highway and/or land use, that (a) derives power from a self-contained power unit or (b) is designed to be towed by and used in conjunction with self-propelled equipment. *(FAR 8.1101)*

52.208-4 VEHICLE LEASE PAYMENTS *(APR 1984)*
52.208-5 CONDITION OF LEASE VEHICLES *(APR 1984)*
52.208-6 MARKING OF LEASED VEHICLES *(APR 1984)*

Exhibit A

# FEDERAL ACQUISITION REGULATION (FAR) CLAUSES

## 2002 UPDATE FOR EMERGENCY EQUIPMENT RENTAL AGREEMENT (EERA), FORM OF-294

Replace the existing FAR clauses on the back of the EERA form with the following:
**52.213-4 – Terms and Conditions – Simplified Acquisitions (Other Than Commercial Items) (Feb 2002)**

**(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses that are incorporated by reference:**

(1) The clauses listed below implement provisions of law or Executive order:

(i) 52.222-3, Convict Labor (Aug 1996) (E.O. 11755).

(ii) 52.225-13, Restrictions on Certain Foreign Purchases (Jul 2000) (E.O.'s 12722, 12724, 13059, 13067, 13121, and 13129).

(iii) 52.233-3, Protest After Award (Aug 1996) (31 U.S.C. 3553).

(2) Listed below are additional clauses that apply:

(i) 52.232-1, Payments (Apr 1984).

(ii) 52.232-8, Discounts for Prompt Payment (May 1997).

(iii) 52.232-11, Extras (Apr 1984).

(iv) 52.232-25, Prompt Payment (Jun 1997).

(v) 52.233-1, Disputes (Dec 1998).

(vi) 52.244-6, Subcontracts for Commercial Items (Dec 2001).

(vii) 52.253-1, Computer Generated Forms (Jan 1991).

**(b) The Contractor shall comply with the following FAR clauses, incorporated by reference, unless the circumstances do not apply:**

(1) The clauses listed below implement provisions of law or Executive order:

(i) 52.222-20, Walsh-Healey Public Contracts Act (Dec 1996) (41 U.S.C.35-45) (Applies to supply contracts over $10,000 in the United States).

(ii) 52.222-21, Prohibition of Segregated Facilities (FEB 1999) (E.O. 11246) (Applies to contracts over $10,000).

(iii) 52.222-26, Equal Opportunity (Feb 1999) (E.O. 11246) (Applies to contracts over $10,000).

(iv) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 1998) (38 U.S.C. 4212) (Applies to contracts of $25,000 or more).

(v) 52.222-36, Affirmative Action for Workers with Disabilities (Jun 1998) (29 U.S.C. 793) (Applies to contracts over $10,000).

(vi) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212) (Applies to contracts of $25,000 or more).

(vii) 52.222-41, Service Contract Act of 1965, As Amended (May 1989) (41 U.S.C. 351, et seq.) (Applies to service contracts over $2,500).

(viii) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (Dec 2001) (E.O. 13126). (Applies to contracts for supplies exceeding the micro-purchase threshold.)

(ix) 52.223-5, Pollution Prevention and Right-to-Know Information (Apr 1998) (E.O. 12856) (Applies to services performed on Federal facilities).

(x) 52.225-1, Buy American Act-Balance of Payments Program-Supplies (Feb 2000) (41 U.S.C. 10a-10d) (Applies to contracts for supplies, and to contracts for services involving the furnishing of supplies, for use within the United States if the value of the supply contract or supply portion of a service contract exceeds the micro-purchase threshold and the acquisition--

(A) Is set aside for small business concerns; or

(B) Cannot be set aside for small business concerns (see 19.502-2), and does not exceed $25,000.)

(xi) 52.232-33, Payment by Electronic Funds Transfer-Central contractor Registration (May 1999). (Applies when the payment will be made by electronic funds transfer (EFT) and the payment office uses the Central Contractor Registration (CCR) database as its source of EFT information.)

(xii) 52.232-34, Payment by Electronic Funds Transfer-Other than Central Contractor Registration (May 1999). (Applies when the payment will be made by EFT and the payment office does not use the CCR database as its source of EFT information.)

(xiii) 52.247-64 Preference for Privately Owned U.S.-Flag Commercial Vessels (June 2000) (46 U.S.C. 1241). (Applies to supplies transported by ocean vessels.)

(2) Listed below are additional clauses that may apply:

(i) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (JULY 1995) (Applies to contracts over $25,000).

(ii) 52.211-17, Delivery of Excess Quantities (Sep 1989) (Applies to fixed-price supplies).

(iii) 52.247-29, F.o.b. Origin (Jun 1988) (Applies to supplies if delivery is f.o.b. origin).

(iv) 52.247-34, F.o.b. Destination (Nov 1991) (Applies to supplies if delivery is f.o.b. destination).

**(c) FAR 52.252-2, Clauses Incorporated by Reference** *(Feb 1998)*. This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):
http://www.arnet.gov/far/ or http://farsite.hil.af.mil/

**(d) Inspection/Acceptance.** The Contractor shall tender for acceptance only those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Government must exercise its postacceptance rights --

(1) Within a reasonable period of time after the defect was discovered or should have been discovered; and

(2) Before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

**(e) Excusable delays.** The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence, such as acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

**(f) Termination for the Government's convenience.** The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges that the Contractor can demonstrate to the satisfaction of the Government, using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred that reasonably could have been avoided.

**(g) Termination for cause.** The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

**(h) Warranty.** The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract. (End of Clause)

***ADDITIONAL FAR CLAUSES THAT APPLY TO EERA'S:***

52.208-4 VEHICLE LEASE PAYMENTS (APR 1984)
52.208-5 CONDITION OF LEASE VEHICLES (APR 1984)
52.208-6 MARKINGS OF LEASED VEHICLES (APR 1984)

*Pacific Northwest Interagency Supplemental General Provisions*
*TO EMERGENCY EQUIPMENT RENTAL AGREEMENT*
*(04/12/2002)*



In addition to the General Provisions to Emergency Equipment Rental Agreements (EERA) Form OF-294, the following supplemental provisions shall apply to the administration and enforcement of EERAs on National Forest in Region 6. **Penalty for making false statements to the Government is described in 18 U.S.C. 1001.**

Dispatchers and warranted procurement personnel are authorized to place orders under this agreement.

1. **Add to CLAUSE 1, CONDITION OF EQUIPMENT:**
   Equipment that fails the pre-use inspection and is not in safe and operable condition will not be reimbursed for travel and is not considered under Hire.

2. **Change the definition for "TIME UNDER HIRE" to read as follows:**
   The time under hire shall start at the time the equipment begins traveling to the incident after being ordered by the Government, and end at the estimated time of arrival back to the point of hire after being released, except as provided in Clause 8 of the General Provisions to the EERA Form OF-294.

3. **Add the following definition for "ON-SHIFT:"**
   ON SHIFT includes time of actual work, time that equipment is held or directed to be in a state of readiness, and compensable travel that has a specific start and ending time.

4. **DAILY RATES:**
   Daily rates shown in Columns 11 and 12 of the EERA are specified for two categories: Daily Rate, Single Shift (DaySS), and Daily Rate, Double Shift (DayDS). The Contractor will be paid the applicable daily rate when equipment is ordered as a Single Shift (DaySS) or Double Shift (DayDS) and UNDER HIRE (refer to definitions of "Time under Hire" shown above).

   **<u>Shift Configuration – Single *vs* Double Shift</u>**:
   The intent of a single and double shift configuration is to assure that operator(s), working within the work/rest guidelines, are available for each shift. Operation of equipment ordered as a single shift (one operator), beyond the first 24 hours of the incident, are limited to the work/rest guidelines as provided in Chapter 12.7 of the Interagency Incident Business Management Handbook. If operation of single shifted equipment is outside of the work/rest guidelines, equipment should either be taken off shift or a second operator ordered and changed to a double shift. Operation of equipment ordered as a double shift requires rested operators, as defined per the work/rest guidelines, for each shift. All configurations shall meet Department of Transportation guidelines. Equipment hired using daily rates will be worked and paid for on a "shift configuration basis" and not on an "hourly basis." Therefore, it is understood that the daily rate, whether configured as a single or double shift, will be paid without making any adjustments for actual hours worked. The only exceptions will be on the first and last day (see explanation below), or when equipment breaks down and cannot be repaired (refer to Clause 8(c) of the General Provisions to the EERA Form OF-294).

**Payment for fractional days will be paid as follows:**
Single Shift Configuration (SS) is described in Clause 7, paragraph (4), of the General Provisions. Double Shift Configuration (DS) is as follows:

(a) On the first and last calendar day that equipment is assigned to the incident the Double Shift Configuration (DS) will be based on:
   (1) 25 percent of the daily rate for periods under hire of 6 hours or less,
   (2) 50 percent of the daily rate for periods under hire for more than 6 hours up to 12 hours ,
   (3) 75 percent of the daily rate for periods under hire for more than 12 hours up to 18 hours, or
   (4) 100 percent of the daily rate for periods under hire greater than 18 hours.
(b) Equipment that has it's shift configuration changed during a calendar day (0001 through 2400 hours) will be paid at 75 percent of the Double Shift Rate for that day unless otherwise determined by the Contracting Officer/Procurement Unit Leader.

**5. FALLERS and FALLERS SUPPORT VEHICLE:**
The Fallers support vehicle is paid a mileage rate (see #6 below) from the point of hire to the base camp; from the base camp to the fire line and return; and from the base camp to the point of hire, upon release. There is no minimum guarantee for mileage each day. Payment is based on actual miles. Faller shall self certify past experience, capability, and skill as a class C faller --(AD-5). Sample self-certification on R6 web site:
http://www.fs.fed.us/r6/ppm/fire_procurement.htm

**6. AD/CASUAL HIRES** (ALL):
(a) Use of privately owned vehicles: Mobilization and related incidental travel, while in travel status, will be paid at the current Federal Travel Regulations rates. Ordered use on the Incident will require a Resource Order and an EERA.
(b) State and Federal taxes: State and Federal taxes shall be withheld from the earnings of all AD/Casual hires while employed by the Government in accordance with the withholding designation (W-4).

**7. HEAVY EQUIPMENT/TRANSPORTS:**
When a lowboy and another piece of heavy equipment, such as a dozer, are provided with a single operator to operate BOTH pieces of equipment, adjustments to the payment amount will be made as follows: Dozer or other heavy equipment will be paid at the actual rate, and the transport rate will be reduced by $325.00 for a Single Shift, and by $600.00 for a Double Shift.

**8. SERVICE VEHICLES:**
The rate of pay shown for heavy equipment includes service vehicles. No additional payment will be made for a service vehicle (or operator) that accompanies the heavy equipment to the incident.

**9. PILOT/FLAG VEHICLE:**
If a pilot/flag vehicle is required by law during transportation of heavy equipment, no additional payment will be made for this vehicle or operator.

10. **POTABLE WATER:**
Contractor shall meet the current National Interagency Fire Center potable water standards (shower/catering contract) located at: http://www.fs.fed.us/business/nifc_contracts.html

11. **FUEL AND FUEL TRUCKS:**
(a) No additional payment will be made for refueling trucks or spill containment requirements.

(b) Fuel dispensed shall be documented on fuel and oil issue logs or fuel and oil issue tickets (form OF-304) and turned into the incident finance section for payment. Fuel shall be billed to the administrative office for payment as per the emergency equipment use invoice (block 9).

(c) Fuel vendor shall provide the Contracting Officer with the average retail fuel price. This price shall be used if the private contractors make separate purchase arrangements from the vendor or if the Government supplies the fuel as a deduction to the invoice.

12. **ENGINES/TENDERS:**
NOTE: If Engines and tenders are signed up on a local Forest EERA (as opposed to the Interagency Engine/Tender EERAs), they will be administered in accordance with the same terms and conditions applicable to the Interagency Engine/Tender agreements regarding the Measurement and Payment provisions indicated below:

**Measurement and Payment:** (This measurement and payment provision is applicable only to engines and tenders.)

**Rates of Payments:** Rates for equipment hired include all operator(s) expenses. Payment for equipment and operator(s) furnished will be at rates specified and shall be in accordance with the following:

**(a) Work Rates** shall apply when equipment is under hire as ordered by the Government and **ON SHIFT**, including incident inspection time, and including relocation of equipment under its own power. Under no circumstances will the amount of payment for a calendar day exceed that which would be earned during a 24-hour period on shift.

**(b) Foam Rates**

(1) If a Resource Order is placed for an engine to be equipped with Compressed Air Foam System (CAFS), the rate per hour will include both the Engine rate and CAFS rate for the entire shift. If not ordered through a Resource Order, but requested by the appropriate incident personnel and used on the incident, pay for only those hours the CAFS was in use.

(2) If a Resource Order is placed for an engine to be equipped with a foam Proportioning System, add the foam capability hourly rate of $3.30 to the hourly work rate for the entire shift. If not ordered through a Resource Order, but requested by the appropriate incident personnel and used on the incident, pay for only those hours the Proportioning System was in use.

(3) Foam concentrate will be supplied by the Government.

(c) **Mobilization for DOUBLE SHIFTED Equipment:** If ordered double shifted, the Contractor will be compensated $1.00 per mile for Engines and Tenders to mobilize to and from the incident (from point of hire to the incident; incident to incident; and return to point of hire.

(d) **Guarantee:** For each calendar day that equipment is under hire for at least 8 hours, the Government will pay not less than the amount shown in column 13 **(Guarantee per shift)** of the Emergency Equipment Rental Agreement. If Equipment is under hire for less than 8 hours during a calendar day, the amount of payment for that day will not be less than one-half the amount specified in column 13 **(Guarantee per shift)**. The Guarantee will be based on how the equipment was ordered.

(1) **Ordered for Single Shifts:** The Guarantee for a single shift will be 5 hours X the work rate. The amount of payment will be the guarantee or hours worked, whichever is greater.

(2) **Ordered for Double Shifts:** The Guarantee for a double shift will be 5 hours X the work rate for each shift. The amount of payment will be the guarantee or hours worked per shift, which ever is greater. If equipment is on shift for the first shift and not on shift during the second shift, the Guarantee for the second shift will be 5 hours X the work rate. The amount of payment will be the second shift guarantee in addition to what was earned during the first shift.

**First and Last Day of a Double Shift Assignment:** If equipment is not available for shift change or is released prior to shift change, no guarantee will be earned for that shift.

(3) **Intent of Guarantee:** The intent of the Guarantee is to compensate the contractor for payment of employees for an 8-hour period for their availability for each shift and the remainder is compensation for the non-utilization of the equipment. If the standard configuration is modified (e.g, additional personnel are ordered), the Guarantee will be modified accordingly.

(e) **Incidental Items:** The intent of the contract is to provide for the services as described in the contract. The Contractor shall furnish all labor, materials, equipment, tools, transportation, and supplies and perform all work required. Payment for contract work will be made only for those pay items included in the Schedule of Items. **No additional payment** will be made for costs associated with equipment support, shift briefings, or transportation of second crew to and from the fire line (shift changes), camp check out, and invoice reconciliation. Theses costs are considered incidental and are to be incorporated into the unit price as bid on the Schedule of Items.

**Federal Agency Fires Only:**

(1) Upon demobilization, Contractor/Contractor's Authorized Representative will be required to sign Emergency Equipment Use Invoice, Form OF-286. Contractor shall also obtain a copy of Contractor's Performance Rating Sheet for period of performance or incident.

**13. GREY WATER DISPOSAL:**
Upon approval of the process by the Contracting Officer, the Government will reimburse the Contractor for the actual costs associated with the disposal of grey water. The Contractor shall provide an invoice verifying the date, time, and amount of grey water disposed of.

**14. WATER TRUCK FOR DUST ABATEMENT:**
Trucks must meet PUC and CDL requirements. Truck must be equipped with a minimum 8 foot wide spray capability (pressure or gravity) and be capable of drafting 100 gallons per minute self loading capability.

**15. CLAIMS:**
Claims may be submitted to the Procurement Unit Leader or Incident Agency Contracting Officer. Contract dispute claims ay be settled by any Contracting Officer acting within their authority and within any limits set by the Incident Agency. In the event a settlement cannot be reached and a dispute arises, the written final decision shall be made by the Incident Agency Contracting Officer.

**16. ALCOHOL AND CONTROLLED SUBSTANCES TESTING PROGRAMS:**
The following certification is applicable for any equipment that meets the definitions outlined below:

(a) **Definitions:** "Alcohol and controlled substances testing programs" are employer-based programs required by the Federal Department of Transportation (DOT) to help prevent accidents and injuries resulting from the misuse of alcohol and controlled substances by drivers of commercial motor vehicles. Under the DOT rule establishing these programs, pre-employment, reasonable suspicion, random, post-accident, return-to-duty and follow-up testing using specified procedures is required.

"Commercial motor vehicle" is any vehicle that:

(1) has a gross combination weight rating of 26,001 or more pounds inclusive of a towed unit with a gross vehicle weight rating of more than 10,000 pounds; or

(2) has a gross vehicle weight rating of 26,001 or more pounds; or

(3) is designed to transport 16 or more passengers, including the driver; or

(4) is of any size and is used in the transportation of materials found to be hazardous for the purposes of the Hazardous Materials Transportation Act, and which require the motor vehicle to be placarded under the Hazardous Materials Regulations.

"Consortium" means an entity, including a group or association of employers or contractors, that provides alcohol or controlled substances testing as required by DOT, and that acts on behalf of the employers.

"DOT" is the United States Department of Transportation who is responsible for administering regulations requiring alcohol and/or drug testing.

"Driver" means any person who operates a commercial motor vehicle. This includes, but is not limited to, full time, regularly employed drivers; casual, intermittent or occasional drivers; leased drivers; and independent, owner-operator contractors who are either directly employed by, or under lease to, an employer, or who operate a commercial motor vehicle at the direction of, or with the consent of, an employer.

"Employer" means any person (including the United States, A State, District of Columbia or a political subdivision of a State) who owns or leases a commercial motor vehicle or assigns persons to operate such a vehicle. The term employer includes an employer's agents, officers, and representatives.

**(b) By signing the EERA for Commercial Motor Vehicles, the contractor certifies and agrees that**

(1) As an employer, it has implemented and continues to maintain an alcohol and controlled substances testing program in accordance with DOT requirements.

(2) As an employer who uses, but does not employ, a driver more than once a year, it has assured itself once every six months that the driver participates in an alcohol and controlled substances testing program that meets DOT requirements.

(3) As an employer who employs only himself/herself as a driver, it has implemented an alcohol and controlled substances testing program that includes more persons than himself/herself (e.g., a consortium) as covered employees in the random testing pool.

**17. STANDARD METHODS OF HIRE:**

**Dozers**

Wet
Daily Rate
with 1 Operator
with Service Vehicle

**Transports (Heavy Equipment)**

Wet
Daily Rate
with 1 Operator
with pilot/flag vehicle, if required by law

**Skidders/Graders/Excavators/Backhoes/Other Heavy Equipment**

Wet
Daily Rate
with 1 Operator
with Service Vehicle

**Transportation Vehicles, other than Buses**

Wet
Mileage Rate

Guarantee based on 40 miles
without Operator (Operator will be hired separately as a casual firefighter according to the AD pay rates)

**STANDARD METHODS OF HIRE:** (Cont.)

**Buses**

Wet
see Regional Bus Agreements for General Provisions
with 1 Operator

**Water Truck, Potable**

Wet
Daily Rate
with 1 Operator

**Water Truck, Dust Abatement**

Wet
Daily Rate
with 1 Operator

**Portable Pumps**

Dry
Daily Rate
without Operator

**Faller/Chainsaw**

Wet
Hourly Rate, no guarantee
Transport Vehicle paid for actual mileage, no guarantee (Faller will be hired separately as an AD casual firefighter)
Saw - Daily Rate

**All-Terrain Vehicle (ATV's)**

Flat Daily Rate (4-Wheel Only)
Dry
without Operator

**Ambulances**

Wet
Negotiate other terms

**Shop Welder Trucks**

Wet
Daily Rate
with 1 Mechanic when hired for a single shift, 2 mechanics when hired for a double shift

**Compressed Air Foam Systems (CAFS)**

Same as Engines

(1) A Commercial Shop Welder Truck shall include as a minimum, a welder, air compressor, hand-tools for both light and heavy equipment.
(2) If a mechanic's helper is ordered, an additional amount ($) will be added to the rate.
(3) If parts are furnished by the contractor, the Government will reimburse the contractor actual costs when the contractor furnishes a detailed invoice to the Government. The detailed invoice shall provide who the parts were furnished to, i.e. name of owner, resource order number, license number, date furnished and mechanic's (installation) time.

**STANDARD METHODS OF HIRE**: (Cont.)

**Commercial Vans (e.g., U-Haul)**

Use commercial vendors method of hire

**Refrigerated Truck (Trailer)**

Dry
Daily Rate
without Operator

**Engine and Tenders**

Wet
Hourly with guarantee
with 2 Operators, per shift (Engines)
with 1 Operator, per shift (Tenders)

REGISTER OF WAGE DETERMINATIONS UNDER
THE SERVICE CONTRACT ACT
By direction of the Secretary of Labor

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE AND HOUR DIVISION
WASHINGTON, D.C. 20210

William W. Gross
Director

Division of
Wage Determinations

Wage Determination No.: 1995-0221
Revision No.: 5
Date of Last Revision: 07/27/2000

NATIONWIDE: Applicable in the continental U.S., Hawaii and Alaska.

Alaska: Entire state.

Hawaii: Entire state.

Midwest Region: Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Wisconsin.

Northeast Region: Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont.

Southern Region: Alabama, Arkansas, Delaware, District of Columbia, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, West Virginia.

Western Region: Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, Wyoming.

***Fringe Benefits Required Follow the Occupational Listing***

Employed on contracts for Emergency Incident services.

| OCCUPATION TITLE | MINIMUM WAGE RATE |
|---|---|
| Bus Driver: | |
| Alaska | 17.49 |
| Hawaii | 11.35 |
| Midwestern Region: 1 1/2 to 4 tons | 14.41 |
| Midwestern Region: over 4 tons | 15.05 |
| Midwestern Region: under 1 1/2 tons | 10.78 |
| Northeast Region: 1 1/2 to 4 tons | 14.77 |
| Northeast Region: over 4 tons | 15.42 |
| Northeast Region: under 1 1/2 tons | 11.46 |
| Southern Region: 1 1/2 to 4 tons | 13.17 |
| Southern Region: over 4 tons | 13.64 |
| Southern Region: under 1 1/2 tons | 7.32 |
| Western Region: 1 1/2 to 4 tons | 13.57 |
| Western Region: over 4 tons | 13.95 |
| Western Region: under 1 1/2 tons | 8.54 |
| Emergency Medical Technician: | |
| Alaska | 11.97 |
| Hawaii | 10.36 |
| Midwestern Region | 10.87 |
| Northeast Region | 11.99 |
| Southern Region | 11.02 |
| Western Region | 11.82 |

| | |
|---|---|
| Firefighter: | |
| Northeast Region | 6.62 |
| Southern Region | 6.07 |
| Midwestern Region | 6.02 |
| Western Region | 6.62 |
| Alaska | 9.63 |
| Hawaii | 7.85 |
| Heavy Equipment Operator: | |
| Northeast Region | 15.88 |
| Southern Region | 14.79 |
| Midwestern Region | 16.93 |
| Western Region | 17.11 |
| Alaska | 20.84 |
| Hawaii | 14.82 |
| Motor Vehicle Mechanic: | |
| Northeast Region | 15.88 |
| Southern Region | 14.79 |
| Midwestern Region | 16.93 |
| Western Region | 17.11 |
| Alaska | 21.42 |
| Hawaii | 14.24 |
| Motor Vehicle Mechanic Helper: | |
| Northeast Region | 12.36 |
| Southern Region | 9.55 |
| Midwestern Region | 10.98 |
| Western Region | 11.58 |
| Alaska | 15.51 |
| Hawaii | 10.97 |
| Refuse Collector: | |
| Northeast Region | 9.12 |
| Southern Region | 6.05 |
| Midwestern Region | 7.99 |
| Western Region | 7.78 |
| Alaska | 9.33 |
| Hawaii | 8.64 |
| Stock Clerk (Shelf Stocker; Store Worker II): | |
| Northeast Region | 10.01 |
| Southern Region | 9.73 |
| Midwestern Region | 10.15 |
| Western Region | 10.29 |
| Alaska | 11.51 |
| Hawaii | 9.06 |
| Truckdriver, Heavy Truck: | |
| Northeast Region | 15.42 |
| Southern Region | 13.64 |
| Midwestern Region | 15.05 |
| Western Region | 14.46 |
| Alaska | 18.72 |
| Hawaii | 12.38 |

| | |
|---|---|
| Truckdriver, Light Truck: | |
| Northeast Region | 11.46 |
| Southern Region | 7.32 |
| Midwestern Region | 10.78 |
| Western Region | 8.54 |
| Alaska | 16.37 |
| Hawaii | 8.95 |
| Truckdriver, Medium Truck: | |
| Northeast Region | 14.77 |
| Southern Region | 13.11 |
| Midwestern Region | 14.41 |
| Western Region | 13.57 |
| Alaska | 17.74 |
| Hawaii | 11.34 |
| Truckdriver, Tractor-Trailer: | |
| Northeast Region | 15.53 |
| Southern Region | 14.34 |
| Midwestern Region | 17.92 |
| Western Region | 14.76 |
| Alaska | 19.72 |
| Hawaii | 12.60 |

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: ~~$1.92~~ $2.02 an hour or ~~$76.80~~ $80.80 a week or ~~$332.80~~ $350.13 a month.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

VACATION (Hawaii): 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 10 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HEALTH & WELFARE (Hawaii): $0.70 an hour for all employees on whose behalf the contractor provides health care benefits pursuant to the Hawaii prepaid Health Care Act. For those employees who are not receiving health care benefits mandated by the Hawaii prepaid Health Care Act, the new health and welfare benefit rate will be $1.92. For information regarding the Hawaii prepaid Health Care Act, please contact the Hawaii Employers Council.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms

without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE (Standard Form 1444 (SF 1444))

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi)) When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3)The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory)

should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

** OCCUPATIONS NOT INCLUDED IN THE SCA DIRECTORY OF OCCUPATIONS **

**Emergency Medical Technician**

Provides para-professional medical services activities, including medical, minor surgical, evacuation and related administrative task under supervision of the physician in charge.