ORIGINAL

RECEIVED
SEP 1 6 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**FORM 2**
**COVER SHEET**

ECF

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)
Fisher Land Company, dba Oakridge Sand & Gravel, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): David Wade

Firm Name: Doyle, Gartland, Nelson, McCleery & Wade, P.C.

03-2185C

Post Office Box: P.O. Box 11230

Street Address: 44 Club Road, Suite 200

City-State-Zip: Eugene, OR 97440-3430

Telephone & Facsimile Numbers: (541) 344-2174 (541) 344-0209

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: [1] [1] [6]
Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [A] [G] [K]
See attached sheet for three digit codes.

Amount Claimed: $ 34,099.00
Use estimate if specific amount is not pleaded..

Vaccination Date (vaccine cases only) ____________________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.