IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHER LAND COMPANY DBA, OAKRIDGE SAND & GRAVEL, INC., Plaintiff, | ) | |
| v. | ) | No. 03-2185C (Judge Lettow) |
| THE UNITED STATES, Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Cristina C. Ashworth as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Cristina C. Ashworth
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Dated: November 14, 2003

S/ Cristina C. Ashworth
Cristina C. Ashworth
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel.: (202) 307-0282
Fax: (202) 514-8624

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 14th day of November 2003, I caused to be sent by first-class mail, copies of "ENTRY OF APPEARANCE" addressed as follows:

David Wade
Doyle, Gartland, Nelson,
McCleery & Wade, P.C.
44 Club Road, Suite 200
P.O. Box 11230
Eugene, OR 97440-3430

S/ Cristina C. Ashworth