IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHER LAND COMPANY DBA, OAKRIDGE SAND & GRAVEL, INC., Plaintiff, | ) | |
| v. | ) | No. 03-2185C (Judge Lettow) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 29 calendar days, to and including February 6, 2004, within which time the parties shall file a joint preliminary status report ("JPSP"). The JPSR presently is due on January 8, 2004. This is defendant's first request for an enlargement of time. Counsel for the United States has conferred with plaintiff's counsel, and plaintiff's counsel has agreed to this extension.

This case was re-assigned to the undersigned attorney for the defendant on December 30, 2003. Prior to filing the JPSR, counsel for the defendant needs time to review the case files and confer with agency counsel. Plaintiff's counsel and defendant's counsel have agreed to begin discussing the joint preliminary status report late next week and will also explore whether this case is appropriate for settlement.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 307-1011

December 31, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December, 2003, a copy of the foregoing "ENTRY OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify under penalty of perjury that on this 31st day of December 2003, I caused to be sent by first-class mail, copies of "ENTRY OF APPEARANCE" addressed as follows:

David Wade
Doyle, Gartland, Nelson,
McCleery & Wade, P.C.
44 Club Road, Suite 200
P.O. Box 11230
Eugene, OR 97440-3430

S/ Steven M. Mager