IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2185C

(Filed: January 5, 2004)

FISHER LAND COMPANY DBA,
OAKRIDGE SAND & GRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Pending before the Court is Defendant's Unopposed Motion for an Enlargement of Time. An extension of time of twenty-nine days is sought to file the Joint Preliminary Status Report. It is hereby **ORDERED** that:

1. For good cause shown, the motion is GRANTED.

2. The parties' JPSR shall be submitted on or before February 6, 2004.

s/ Charles F. Lettow
Charles F. Lettow, Judge