IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 03-2185C

(Filed: February 9, 2004)

FISHER LAND COMPANY DBA, )
OAKRIDGE SAND & GRAVEL, INC. )

Plaintiff, )

v. )

THE UNITED STATES, )

Defendant. )

SCHEDULING ORDER

Based upon the submissions of the parties in the Joint Preliminary Status Report filed February 6, 2004, and for good cause shown, it is **ORDERED** that:

The Court adopts the following schedule for future proceedings in this case:

| | |
|---|---|
| Completion of Discovery | June 9, 2004 |
| Filing of Any Motions for Summary Judgment | July 9, 2004 |
| In Absence of Any Motions for Summary Judgment, Filing of Joint Status Report Addressing Items in RCFC App. A, ¶ 12 (last sentence) | July 19, 2004 |

s/ Charles F. Lettow
Charles F. Lettow
Judge