IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FISHER LAND COMPANY DBA, OAKRIDGE SAND & GRAVEL, INC., Plaintiff, | ) | |
| v. | ) | No. 03-2185C (Judge Lettow) |
| THE UNITED STATES, Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's February 9, 2004 scheduling order, plaintiff and defendant respectfully submit the following joint status report.

The parties have reached a settlement in principle, and hope to resolve this matter without further Court involvement. The parties are presently finalizing the details of a settlement agreement, and believe they will to be able to file a joint stipulation of dismissal within 30 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ David Wade
DAVID WADE, ESQ.
Doyle, Gartland, Nelson,
McCleery & Wade, P.C.
44 Club Road, Suite 200
P.O. Box 11230
Eugene, OR 97440-3430

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 307-1011

July 19, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th of July 2004, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ Steven M. Mager