**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FISHER LAND COMPANY DBA, OAKRIDGE SAND & GRAVEL, INC., Plaintiff, | ) | |
| v. | ) | No. 03-2185C (Judge Lettow) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STIPULATION FOR DISMISSAL

Pursuant to Rule 41 of the Rules of the United States Court of Federal Claims, the parties hereby jointly stipulate to dismiss the complaint pursuant to the settlement agreement executed by the parties. The parties have agreed that each party shall bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DAVID WADE, ESQ.
Doyle, Gartland, Nelson, McCleery & Wade, P.C.
44 Club Road, Suite 200
P.O. Box 11230
Eugene, OR 97440-3430

DEBORAH A. BYNUM
Assistant Director

STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011

Attorney for Plaintiff

Dated: 8/4/04

Attorneys for Defendant

Dated: 8/6/04

CERTIFICATE OF FILING

I hereby certify that on this 6th day of August, 2004, a copy of the foregoing signed “JOINT STIPULATION FOR DISMISSAL” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ Steven M. Mager